■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLADSTONE WRIGHT, Appellant. [712 NYS2d 398] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered June 4, 1998, convicting him of criminal possession of a controlled substance in the fifth degree and criminal possession of a controlled substance in the seventh degree, after a nonjury trial, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant has been deported and is no longer subject to the jurisdiction of the Court. Accordingly, the appeal is dismissed (*see, People v Del Rio,* 13 NY2d 899; *People v Forde,* 182 AD2d 830). Goldstein, J. P., McGinity, Luciano and Smith, JJ., concur.